## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

FREDERICK WILCOX, JR.                                                PLAINTIFF

v.                               NO. 3:03CV00401 JLH

ENTERGY ARKANSAS, INC.                                         DEFENDANT

### ORDER

The parties in this matter have indicated they are willing to participate in a settlement conference. Therefore, the matter of a settlement conference in this case is hereby referred to U.S. Magistrate Judge JERRY W. CAVANEAU for further proceedings.

IT IS SO ORDERED this  22nd  day of August, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE