IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK WILCOX, JR.                                                                           PLAINTIFF

Vs.                               CASE NO.  3:03cv00401 JLH/JWC

ENTERGY ARKANSAS, INC.                                                                       DEFENDANT

## ORDER

This case has been referred to me for settlement proceedings.  The file indicates that Plaintiff resides in Harahan, Louisiana, and for health and other reasons, could not travel to Little Rock, Arkansas for a settlement conference.  Harahan is adjacent to New Orleans and has obviously sustained serious damage from Hurricane Katrina.  The Court is entering this order in the hope that Plaintiff, Fredrick Wilcox, Jr. and his family are well and that he will eventually receive his copy.  Upon doing so, he should contact the Court, if possible, so we can determine what needs to be done regarding this case.  He may call my office, 501.604.5200.

My staff and I extend our best wishes to Mr. Wilcox and family in this difficult time.

IT IS SO ORDERED this 30th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE