# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

FREDERICK WILCOX, JR.                                                                          PLAINTIFF

v.                                          NO. 3:03CV00401 JLH

ENTERGY ARKANSAS, INC.                                                                       DEFENDANT

## ORDER

This matter is presently set for jury trial in Jonesboro, Arkansas, on October 3, 2005. Defendant filed its motion for summary judgment on August 15, 2005, and this Court referred this matter to U.S. Magistrate Judge Jerry W. Cavaneau for a settlement conference on August 22, 2005.

In light of the devastation caused by Hurricane Katrina, and the fact that plaintiff resides in Harahan, Louisiana, just outside of New Orleans, the Court hereby STAYS the deadlines in this case pending further order.

IT IS SO ORDERED this  31st  day of August, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE