*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*JONESBORO DIVISION*

FREDERICK WILCOX, JR.                                                                                        PLAINTIFF

v.                                          NO. 3:03CV00401 JLH

ENTERGY ARKANSAS, INC.                                                                                DEFENDANT

### ORDER

By Order dated August 31, 2005, this Court stayed all deadlines pending further order of the Court. The parties have attempted to settle this matter through mediation conducted by U.S. Magistrate Judge Jerry W. Cavaneau.

It appearing that a settlement has not been reached, the Court hereby lifts the stay previously imposed on August 31, 2005. Plaintiff is directed to respond in writing to defendant's pending motion for summary judgment **no later than FRIDAY, JANUARY 20, 2006.** The plaintiff is reminded that he must comply with the local rules of this Court in submitting any responsive pleadings.

IT IS SO ORDERED this 19th day of December, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE